**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet 05 - 960C

Plaintiff(s) or Petitioner(s)
States Roofing Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Neil S. Lowenstein

Firm Name: Vandeventer Black LLP

Post Office Box:

Street Address: 500 World Trade Center

City-State-Zip: Norfolk, Virginia 23510

Telephone & Facsimile Numbers: Ph: 757.446.8600; Fax: 757.446.8670

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 0 8
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: N A V
See attached sheet for three-digit codes.

Amount Claimed: $ 1,249,825.26
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.