IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATES ROOFING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-960C |
| v. | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David B. Stinson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/ David B. Stinson
DAVID B. STINSON
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0163
Fax: (202) 514-8624

October 5, 2005

CERTIFICATE OF FILING

I hereby certify that on September 5, 2005 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David B. Stinson