IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATES ROOFING CORPORATION, Plaintiff, | ) | No. 05-960C |
| v. | ) | (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including December 30, 2005, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed October 31, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of plaintiff’s complaint, defendant sent to the Department of the Navy a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Counsel for the Navy has begun the

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a

task of gathering information relevant to this case and is in the process of drafting and completing his litigation report and suggested response to the complaint. It is anticipated that agency counsel will complete the litigation report and the suggested response to the complaint and forward it to counsel for defendant in the next few days.

Consequently, defendant's counsel has been unable to familiarize himself with this matter sufficiently to prepare the Government's response. This requested enlargement of time is required so that agency counsel may have sufficient time to complete the agency's litigation report and suggested response to the complaint and transmit it to counsel for defendant.

Once the final litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the report and suggested response to the complaint, obtain any additional information or clarification from the Navy, and prepare and file the Government's response to the complaint. It is anticipated that additional time will be necessary to complete the Government's response to plaintiff's complaint given the issues raised in the complaint concerning the protective nature of plaintiff's

---

written statement of all facts, information, and proofs." 28 U.S.C. § 520.

complaint and the fact that, apparently, the same claim currently is pending with the Armed Services Board of Contract Appeals.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

OF COUNSEL:

DAVID KOMAN
Department of the Navy

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

October 21, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 21, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON