No. 05-960C
(Judge Bush)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STATES ROOFING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S MOTION TO DISMISS
APPENDIX VOLUME TWO

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

OF COUNSEL:

DAVID KOMAN
Department of the Navy

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

December 30, 2005

Attorneys for Defendant

## INDEX TO APPENDIX

Page(s)

### APPENDIX VOLUME ONE

September 1, 2004 Final Decision . . . . . . . . . . . . . . . . . . 1

### APPENDIX VOLUME TWO

September 1, 2004 Final Decision (cont.) . . . . . . . . . . . . 27

Final Decision no. L04-015 Certified Mail Receipt dated September 3, 2004 . . . . . . . . . . . . . . 32

September 30, 2004 Final Decision . . . . . . . . . . . . . . 34

September 30, 2004 Final Decision (facsimile copy) and email . . . . . . . . . . . . . . . . 36

ASBCA Rules (selected portions) . . . . . . . . . . . . . . . . 42

November 23, 2004 Notice of Appeal . . . . . . . . . . . . . . 48

November 29, 2004 Notice of Docketing . . . . . . . . . . . . 53

December 3, 2004 Notice of Appeal . . . . . . . . . . . . . . 54

### APPENDIX VOLUME THREE

December 3, 2004 Notice of Docketing . . . . . . . . . . . . . 63

November 23, 2004 Notice of Appeal indicating receipt by contracting officer on November 29, 2004 . . . . . . . . . . . . . . . . . . . 64

SRC ASBCA Complaint . . . . . . . . . . . . . . . . . . . . . . 69

### APPENDIX VOLUME FOUR

Government Answer . . . . . . . . . . . . . . . . . . . . . . . 86

November 16, 2005 letter to ASBCA (with attachments) . . . . 106

was the result of the contract change. In other words, you would have needed to use some amount of crane time to move certain equipment and materials to the roof that could not have been moved in Elevator #6. According to your own figures, only 83% of rental crane usage and 76% of the usage of your own crane was attributable to the contract change. The balance of the crane time would have been required even if Elevator #6 were available to you.

You are now claiming that you should be compensated for the balance of the crane time. You have not, however, presented any new data indicating that the costs in this item are, in fact, due to a Government change. As has been noted previously, actual costs are the best method of determining the cost of a contract change. The actual costs in this case reflect that proper compensation of $17,112.00 was provided in Modification P00007, under Definitization of P00003. Therefore, this portion of your claim is denied.

**Item 62. Pitch Pocket for Unit #9 - CP #109 - $1,125.00**
Total compensation of $1,125.00 for this item was provided in Modification P00007, Item x., Page 4. Therefore, no additional entitlement is due.

**Item 63. Remove and Install Conduit - CP #112 - $3,987.00**
Modification P00007, Item y., page 4 provided total compensation for this item in the amount of $3,987.00. Therefore, no additional entitlement is due.

**Item 64. Credit for G90 and G-60 Doors - CP #113 - ($2,826.00)**
This credit was taken in Modification P00007, Item z., page 5. No additional compensation is due.

**Item 65. Preparation for CNO Visit to W-143 - CP #114 - $633.00**
Total compensation for this item in the amount of $633.00 was provided in Modification P00007, Item aa., page 5. Therefore, no additional entitlement is due.

**Item 66. Proposal Preparation Costs - CP #116 - $44,848.00**
In this item, you allege that you should be reimbursed for all costs related to the preparation of your requests for equitable adjustments, including accounting and legal fees. You submitted a claim for 600 hours of direct labor that you allege your employees spent costing and preparing proposals.

An audit by the Defense Contract Audit Agency (DCAA) reveals that the claimed direct labor costs represent labor incurred by the project supervisor and reported on your certified payroll reports for the period July 2, 2001 through October 6, 2001. In order for an individual to be listed on the certified payroll report, they must be at the contract site performing direct effort on the contract. Therefore, it is not possible for these hours to have been incurred for the purpose of proposal preparation. If these costs were allowed as proposal/claim preparation costs, you would recover these costs twice - first as field office overhead on each modification, and then as reimbursement for proposal/claim preparation.

The $5,455.00 in accounting costs was recorded in your G&A pool [Home office overhead (HOOH)] and you will recapture these costs through the application of the HOOH rate. To allow the costs here would again represent a duplication of costs. The accountant's invoices were also presented with a lump sum total and represented services for a variety of reasons, including preparation of income tax returns, accounting assistance for year end adjustments, research on various topics, year-end financial statements, conferences concerning charitable donations, etc. However, none of the invoices listed proposal/claim preparation costs. Federal Acquisition Regulation (FAR) 52.205-33(f) states that fees for services rendered shall be allowable only when supported by evidence of the nature and scope of services rendered. FAR 52.205-33(f)(2) adds that invoices or billings submitted by consultants must be in sufficient detail to determine the time expended and nature of the actual services rendered.

It was determined that the invoices for attorney fees represented efforts for this contract, and that the legal costs were also included in your G&A pool.

Thus, all proposal costs under this item would be a duplication of costs already paid in the individual modifications. On the other hand, if these costs were incurred in the preparation of your claim(s), FAR 31.205-47, "Costs Related to Legal or Other Proceedings," is controlling. This FAR provision states, in relevant part, that "costs … are unallowable if incurred in connection with … the prosecution of claims or appeals against the Federal Government." Also, the Equal Access to Justice Act does not provide a vehicle for the contractor to claim preparation costs in this situation. *Levernier Const., Inc. v. U.S.*, 947 F.2d 497 (Fed. Cir. 1991) (holding that "the Act does not permit recovery of those fees and expenses

attendant to plaintiff's 'prosecution of its certified claim before the contracting officer.'") Therefore, this portion of your claim is denied.

**Item 67. Disruption - CP #117 - $479,500.00** Finally, you allege that you are due additional damages for "disruption" to your performance of the project by Government actions. You claim that the cumulative effect of the contract modifications caused severe disruptions to your workforce making it less efficient. You allege also that these changes required you to stack trades in order to complete the work on time, claiming the total labor expended (including changes, weather delays, contractor inefficiencies, and contractor rework) was $1,162,900.00 whereas, your bid amount was $683,400.00.

According to the Veterans Administration Board of Contract Appeals (VABCA): Loss of productivity or disruption has been defined as the "increased cost of performance caused by a change in the contractor's anticipated or planned working conditions, resources, or manner of performing its work."

*Bay Construction,* VABCA 5594, 2003 WL 442118. Importantly, "a contractor seeking to recover for the impact costs of numerous changes on unchanged work must prove three essential elements: liability, causation, and resultant injury." *Id., citing Centex Bateson Const. Co., VABCA* 4613, 99-1 BCA 30,153, *affd* 250 F.3d 761 (Fed.Cir.2000). In other words, a contractor "has the fundamental responsibility to prove by a preponderance of the evidence that a Government action caused its labor to be less efficient than planned as well as the extent of that impact." *Id., citing Triple-A South,* ASBCA 46866, 94-3 BCA 27,194. Finally, the cases make clear that presentation of "contemporaneous project documentation of the impact of the delays" is a vital element of proof in these claims. *Id.*

In this case, you have presented no proof that the Navy caused disruption damages beyond the amounts compensated in the individual modifications. You presented no contemporaneous data regarding the stacking of trades, reassignment of workers, or of the necessity to perform work out of order. Instead, you have merely alleged that you incurred costs, and you present a mathematical formula as support for your claim. Such a situation is similar to the facts considered in *Bay Construction,* in which the VABCA rejected the claim. That Board found that "after-the-fact, conclusory assessments of the project managers or the opinions of its experts are not sufficient substitutes for [the contractor's] underlying

obligation to contemporaneously document the severe adverse impact on labor efficiency it now claims resulted from the changes and RFIs." *Id.*, *citing Clark Const. Group, Inc.*, VABCA 5674, 00-1 BCA 30,870, *citing Fru-Con Construction Corp. v. U.S.*, 43 Fed. Cl. 306 (1999).

As you have produced no specific information about how your efforts were disrupted, or the effect of the disruption upon your operations, this portion of your claim is denied.

By copy of this Final Decision the Resident Officer in Charge of Construction, Sewells Point Area, is directed to issue a Modification in the amount of $53,400.00 for the additional entitlement found to be due you in Claim Item Nos. 18, 20, 23, 48, 50, 53, 54, 55, 56, and 58. All other portions of your claim, except for those compensated under Modification P00007, are denied in their entirety.

This is the Final Decision of the Contracting Officer. This Decision may be appealed to the Armed Services Board of Contract Appeals, which is the authorized representative of the Secretary for hearing and determining contract disputes. If you decide to appeal this decision, written notice thereof must be mailed or otherwise furnished to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, Virginia 22041, within ninety days from the date you received this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken, at the address set forth at the head of this letter, Attention: Director, Contracts Division. The notice should indicate that an appeal is intended, should reference this decision, identify the contract by number, and state the amount in dispute. The rules of procedure of the Armed Services Board of Contract Appeals are in the Defense Acquisition Regulation, Appendix A, Part Two. Optional Accelerated Procedures are available in appeals involving $100,000 or less and Small Claims (expedited) procedures are available in appeals involving $50,000 or less.

In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the U. S. Federal Court of Claims within 12 months of the date you receive this decision (except as provided in Section 4 of the Act (Maritime Contracts)).

Sincerely,

PATRICIA S. KELLIHAN
Acquisition Director
Contracting Officer

Copy to:
COMNAVFACENGCOM Code ACQ MSS
ROICC Sewells Pt
Vandeventer Black LLP (Attn: Neil S. Lowenstein, Esq.)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0600 0028 5737 8960

97-8319 FD 104-015 AQ 215 Chrissie Chandler

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

NORFOLK VA 23511 — AUG 31 2004 — SEP 2 2004

Recipient's Name (Please Print Clearly) (To be completed by mailer)
STATES ROOFING CORP.
Street, Apt. No.; or PO Box No.
1215 ST. Julian Ave.
City, State, ZIP+4
Norfolk VA 23504

PS Form 3800, February 2000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATES RooFING CORP.
1215 ST. Julian Ave.
Norfolk, VA 23504

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) J. McDonnell B. Date of Delivery 9-3-04

C. Signature
X McDonnell ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7000 0600 0028 5737 8960 97-8319 FD 104-015 AQ 215 CHRISSIE CHANDLER

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

GOV0001343



2

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0600 0028 5737 8823

97-8319 FD L04-015 AD 215 CHRISSIE CHAN

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

NORFOLK VA 23511 NAVAL NAVY MAIL CTR Postmark Here SEP - 2 2004

Recipient's Name (Please Print Clearly) (to be completed by mailer)
VAndeventer Black LLP
Street, Apt. No.; or PO Box No.
500 World Trade Center
City, State, ZIP+4
Norfolk VA 23510-1699

PS Form 3800, February 2000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VAndeventer Black LLP
500 World Trade Center
Norfolk, VA 23510-1699

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Jeff Lewis B. Date of Delivery 9-3-04

C. Signature X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

GOV00013

**DEPARTMENT OF THE NAVY**
NAVAL FACILITIES ENGINEERING COMMAND
ATLANTIC
6506 HAMPTON BLVD
NORFOLK VA 23508-1278

TELEPHONE NO:
757-322-4086

IN REPLY REFER TO:
FINAL DECISION L04-018
N62470-97-C-8319
AQ215:CJC
SEP 30 2004

SENT VIA FACSIMILE TRANSMISSION 627-2125

States Roofing Corporation
1215 St. Julian Avenue
Norfolk, VA 23504

SENT TO nlowenstein@vanblk.com

Neil S. Lowenstein, Esq.,
Vandeventer Black LLP
500 World Trade Center
Norfolk VA 23510-1699

Re: Contract N62470-97-C-8319, W-143 Roof Replacement, Wall Repair and Painting, Naval Station, Norfolk, VA

Gentlemen:

To further our letter of September 16, 2004, and in order to prevent any confusion regarding States Roofing Corporation's revised claim of August 25, 2004, the Contracting Officer hereby denies your supplemental claim in the amount of $89,222.26 for the following items:

Item 1 Crane and Item 61 Equipment Lifts and Stand-by Crane Time - $62,053.00
Item 2 Parapet Walls - $8,702.26
Item 23 Cancellation of Roof Cells D and F - $18,467.00

The supplemental information failed to provide any new or additional evidence regarding further entitlement or additional quantum.

This is the Final Decision of the Contracting Officer. This Decision may be appealed to the Armed Services Board of Contract Appeals, which is the authorized representative of the Secretary for hearing and determining contract disputes. If you decide to appeal this decision, written notice thereof must be mailed or otherwise furnished to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, Virginia 22041, within ninety days from the date you received this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken, at the address set forth at the head of this letter, Attention: Director, Contracts Division. The notice should indicate that an appeal is intended, should reference this decision, identify the contract by number, and state the amount in dispute. The rules of procedure of the Armed Services Board of Contract Appeals are in the Defense Acquisition Regulation, Appendix A, Part Two. Optional Accelerated Procedures are available in appeals involving $100,000 or less and Small Claims (expedited) procedures are available in appeals involving $50,000 or less.

In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the U. S. Federal Court of Claims within 12 months of the date you receive this decision (except as provided in Section 4 of the Act (Maritime Contracts)).

Sincerely,

PATRICIA S. KELLIHAN
Director, Acquisition Department
Contracting Officer

Copy to:
Stephen O'Neil, Esq., OGC, Navy Litigation Office
ROICC Sewells Point

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
ATLANTIC
6506 HAMPTON BLVD
NORFOLK VA 23508-1278

TELEPHONE NO:
757-322-4086

IN REPLY REFER TO:
FINAL DECISION L04-018
N62470-97-C-8319
AQ215:CJC
SEP 30 2004

SENT VIA FACSIMILE TRANSMISSION 627-2125

States Roofing Corporation
1215 St. Julian Avenue
Norfolk, VA 23504

SENT TO nlowenstein@vanblk.com

Neil S. Lowenstein, Esq.,
Vandeventer Black LLP
500 World Trade Center
Norfolk VA 23510-1699

Re: Contract N62470-97-C-8319, W-143 Roof Replacement, Wall Repair and Painting, Naval Station, Norfolk, VA

Gentlemen:

To further our letter of September 16, 2004, and in order to prevent any confusion regarding States Roofing Corporation's revised claim of August 25, 2004, the Contracting Officer hereby denies your supplemental claim in the amount of $89,222.26 for the following items:

Item 1 Crane and Item 61 Equipment Lifts and Stand-by Crane Time - $62,053.00
Item 2 Parapet Walls - $8,702.26
Item 23 Cancellation of Roof Cells D and F - $18,467.00

The supplemental information failed to provide any new or additional evidence regarding further entitlement or additional quantum.

This is the Final Decision of the Contracting Officer. This Decision may be appealed to the Armed Services Board of Contract Appeals, which is the authorized representative of the Secretary for hearing and determining contract disputes. If you decide to appeal this decision, written notice thereof must be mailed or otherwise furnished to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, Virginia 22041, within ninety days from the date you received this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken, at the address set forth at the head of this letter, Attention: Director, Contracts Division. The notice should indicate that an appeal is intended, should reference this decision, identify the contract by number, and state the amount in dispute. The rules of procedure of the Armed Services Board of Contract Appeals are in the Defense Acquisition Regulation, Appendix A, Part Two. Optional Accelerated Procedures are available in appeals involving $100,000 or less and Small Claims (expedited) procedures are available in appeals involving $50,000 or less.

In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the U. S. Federal Court of Claims within 12 months of the date you receive this decision (except as provided in Section 4 of the Act (Maritime Contracts)).

Sincerely,

PATRICIA S. KELLIHAN
Director, Acquisition Department
Contracting Officer

Copy to:
Stephen O'Neil, Esq., OGC, Navy Litigation Office
ROICC Sewells Point

************* -COMM.JOURNAL- ********************* DATE SEP-30-2004 ***** TIME 13:09 **** P.1

MODE = TRANSMISSION START=SEP-30 13:08 END=SEP-30 13:09

| NO. | COM | SPEED DIAL | STATION NAME/ TELEPHONE NO. | PAGES | PRG.NO. | PROGRAM NAME |
|---|---|---|---|---|---|---|
| 001 | OK | a | 96272125 | 002 | | |

****************************************************************** - - ***********



GOV0001351

**Chandler, Chrissie J CIV NAVFAC Lant**

**From:** Chandler, Chrissie J. CIV LANTNAVFACENGCOM ACQUISITION AQ215
**Sent:** Thursday, September 30, 2004 1:37 PM
**To:** 'nlowenstein@vanblk.com'
**Cc:** O'Neil, Stephen OGC; Owens, Georgia B. CIV LANT ROICC Norfolk N/A
**Subject:** FW: States Roofing Supplement Claim

Scanned_.pdf

Mr. Lowenstein:
Attached is Final Decision L04-018 regarding States Roofing Corporation's supplement claim dated August 25, 2004 in the amount of $89,222.26. A copy has been faxed to States Roofing.

Respectfully,
Chrissie

CHRISSIE CHANDLER
Contract Specialist
NAVFAC LANT AQ215, PMAP/POLICY BRANCH
Claims, Protests & Terminations
Phone No. (757) 322-4086 (DSN 262)
Fax No. (757) 322-4166

-----Original Message-----
From: Code 02, Third Floor [mailto:sender@efdlant.navfac.navy.mil]
Sent: Thursday, September 30, 2004 9:18
To: Chandler, Chrissie J. CIV LANTNAVFACENGCOM ACQUISITION AQ215
Subject: Scanned PDF files

-------------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

Sent by: Code 02, Third Floor
<sender@efdlant.navfac.navy.mil>
Number of pages: 2
Document type: B/W Document
Attachment File Format: Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

http://www.adobe.com

For more information on the HP Digital Sender please visit:

http://www.digitalsender.hp.com

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|

| Recipient | Delivery | Read |
| --- | --- | --- |
| 'nlowenstein@vanblk.com' | | |
| O'Neil, Stephen OGC | Delivered: 9/30/2004 1:37 PM | Read: 9/30/2004 3:46 PM |
| Owens, Georgia B. CIV LANT ROICC Norfolk N/A | Delivered: 9/30/2004 1:37 PM | Read: 9/30/2004 2:14 PM |

**Chandler, Chrissie J CIV NAVFAC Lant**

**From:** Mailer-Daemon@GW1.vanblk.com
**Sent:** Thursday, September 30, 2004 1:39 PM
**To:** Chandler, Chrissie J. CIV LANTNAVFACENGCOM ACQUISITION AQ215
**Subject:** Return Receipt

ATT107622.txt ATT107622.txt

```
                              The original message was received at Thu, 30 Sep 2004
13:37:00 -0400
from gate2-norfolk.nmci.navy.mil

    --- The following addresses had successful delivery notifications ---
nlowenstein@vanblk.com (successfully delivered to mailbox)
```

ARMED SERVICES BOARD OF CONTRACT APPEALS
SKYLINE SIX
5109 LEESBURG PIKE
FALLS CHURCH, VA 22041-3208

# RULES

of the

# ARMED SERVICES BOARD OF CONTRACT APPEALS

1 July 1997
[Reprint]

---

THESE RULES ARE APPLICABLE TO APPEALS PROCESSED UNDER THE CONTRACT DISPUTES ACT OF 1978 (CDA), 41 U.S.C. §§ 601-613, AS AMENDED. FOR OTHER APPEALS, SEE THE 1973 RULES OF THE ARMED SERVICES BOARD OF CONTRACT APPEALS.

---

## NOTE TO APPELLANTS

The optional accelerated procedure is available if the disputed amount is $100,000 or less. Alternatively, if the amount in dispute is $50,000 or less, you may elect to have the appeal processed under an expedited small claims procedure. Both the accelerated procedure and the small claims expedited procedure are described in Rule 12. Please note the 180-day limit on processing accelerated procedure cases and the 120-day limit on processing small claims expedited procedure cases.

In addition, the CDA provides for the issuance of subpoenas. If you desire the issuance of a subpoena please refer to Rule 21. A standardized format for pleadings is attached.

042



5

# RULES OF THE ARMED SERVICES BOARD OF CONTRACT APPEALS

## PREFACE

I. Jurisdiction for Considering Appeals

The Armed Services Board of Contract Appeals (referred to herein as the "Board") shall consider and determine appeals from decisions of contracting officers pursuant to the Contract Disputes Act of 1978 (Public Law 95-563, 41 U.S.C. §§ 601-613) relating to contracts made by (i) the Departments of Defense, Army, Navy and Air Force or (ii) any other executive agency when such agency or the Administrator for Federal Procurement Policy has designated the Board to decide the appeal.

II. Location and Organization of the Board

(a) The Board's address is Skyline Six, Room 703, 5109 Leesburg Pike, Falls Church, Virginia 22041-3208, telephone (703) 681-8502.

(b) The Board consists of a chairman, vice chairmen, and other members, all of whom are attorneys at law duly licensed by a state, commonwealth, territory, or the District of Columbia. Board members are designated Administrative Judges.

(c) There are a number of divisions of the Armed Services Board of Contract Appeals, established by the chairman of the Board in such a manner as to provide for the most effective and expeditious handling of appeals. The chairman and a vice chairman of the Board act as members of each division. Appeals are assigned to the divisions for decision without regard to the military department or other procuring agency which entered into the contract involved. Hearing may be held by a designated member (Administrative Judge), or by a duly authorized examiner. Except for appeals processed under the expedited or accelerated procedure the decision of a majority of a division constitutes the decision of the Board, unless the chairman refers the appeal to the Board's Senior Deciding Group (consisting of the chairman, vice chairmen and all division heads), in which event a decision of a majority of that group constitutes the decision of the Board. Appeals referred to the Senior Deciding Group are those of unusual difficulty, significant precedential importance, or serious dispute within the normal division decision process. For decisions of appeals processed under the expedited or accelerated procedure see Rules 12.2(c) and 12.3(b).

# TABLE OF CONTENTS

## RULES OF THE ARMED SERVICES BOARD OF CONTRACT APPEALS

Page

### PRELIMINARY PROCEDURES


| | | |
|---|---|---|
| Rule 1. | Appeals, How Taken | 1 |
| Rule 2 | Notice of Appeal, Contents of | 1 |
| Rule 3 | Docketing of Appeals | 2 |
| Rule 4 | Preparation, Content, Organization, Forwarding, and Status of Appeal File | 2 |
| Rule 5 | Motions | 3 |
| Rule 6 | Pleadings | 3 |
| Rule 7 | Amendments of Pleadings or Record | 4 |
| Rule 8 | Hearing Election | 4 |
| Rule 9 | Prehearing Briefs | 5 |
| Rule 10 | Prehearing or Presubmission Conference | 5 |
| Rule 11 | Submission Without a Hearing | 6 |
| Rule 12 | Optional Small Claims (Expedited) and Accelerated Procedures | 6 |
| Rule 13 | Settling the Record | 8 |
| Rule 14 | Discovery - Depositions | 9 |

| | | |
|---|---|---|
| Rule 15 | Interrogatories to Parties, Admission of Facts, and Production and Inspection of Documents | 9 |
| Rule 16 | Service of Papers Other than Subpoenas | 10 |

HEARINGS

| | | |
|---|---|---|
| Rule 17 | Where and When Held | 10 |
| Rule 18 | Notice of Hearings | 10 |
| Rule 19 | Unexcused Absence of a Party | 10 |
| Rule 20 | Hearings: Nature, Examination of Witnesses | 10 |
| Rule 21 | Subpoenas | 11 |
| Rule 22 | Copies of Papers | 13 |
| Rule 23 | Post-Hearing Briefs | 13 |
| Rule 24 | Transcript of Proceedings | 13 |
| Rule 25 | Withdrawal of Exhibits | 13 |

REPRESENTATION

| | | |
|---|---|---|
| Rule 26 | The Appellant | 13 |
| Rule 27 | The Government | 13 |

DECISIONS

| | | |
|---|---|---|
| Rule 28 | Decisions | 14 |

MOTION FOR RECONSIDERATION

| | | |
|---|---|---|
| Rule 29 | Motion for Reconsideration | 14 |

SUSPENSIONS; DISMISSALS AND DEFAULTS; REMANDS


| | | |
|---|---|---|
| Rule 30 | Suspensions; Dismissal Without Prejudice | 14 |
| Rule 31 | Dismissal or Default for Failure to Prosecute or Defend | 15 |
| Rule 32 | Remand from Court | 15 |


TIME, COMPUTATION AND EXTENSIONS


| | | |
|---|---|---|
| Rule 33 | Time, Computation and Extensions | 15 |


EX PARTE COMMUNICATIONS


| | | |
|---|---|---|
| Rule 34 | Ex parte Communications | 15 |


SANCTIONS


| | | |
|---|---|---|
| Rule 35 | Sanctions | 16 |


EFFECTIVE DATE


| | | |
|---|---|---|
| Rule 36 | Effective Date | 16 |

# RULES

## Preliminary Procedures

Rule 1. Appeals, How Taken

(a) Notice of an appeal shall be in writing and mailed or otherwise furnished to the Board within 90 days from the date of receipt of a contracting officer's decision. A copy thereof shall be furnished to the contracting officer from whose decision the appeal is taken.

(b) Where the contractor has submitted a claim of $100,000 or less to the contracting officer and has requested a written decision within 60 days from receipt of the request, and the contracting officer has not done so, the contractor may file a notice of appeal as provided in subparagraph (a) above, citing the failure of the contracting officer to issue a decision.

(c) Where the contractor has submitted a properly certified claim over $100,000 to the contracting officer or has requested a decision by the contracting officer which presently involves no monetary amount pursuant to the Disputes clause, and the contracting officer has failed to issue a decision within a reasonable time, taking into account such factors as the size and complexity of the claim, the contractor may file a notice of appeal as provided in subparagraph (a) above, citing the failure of the contracting officer to issue a decision.

(d) Upon docketing of appeals filed pursuant to (b) or (c) hereof, the Board may, at its option, stay further proceedings pending issuance of a final decision by the contracting officer within such period of time as is determined by the Board.

(e) In lieu of filing a notice of appeal under (b) or (c) hereof, the contractor may request the Board to direct the contracting officer to issue a decision in a specified period of time, as determined by the Board, in the event of undue delay on the part of the contracting officer.

Rule 2. Notice of Appeal, Contents of

A notice of appeal should indicate that an appeal is being taken and should identify the contract (by number), the department and/or agency involved in the dispute, the decision from which the appeal is taken, and the amount in dispute, if known. The notice of appeal should be signed personally by the appellant (the contractor taking the appeal), by the appellant's duly authorized representative or attorney. The complaint referred to in Rule 6 may be filed with the notice of appeal, or the appellant may designate the notice of appeal as a complaint, if it otherwise fulfills the requirements of a complaint.

Neil S. Lowenstein
757.446. 8672- direct
757.446.8670 - fax
nlowenstein@vanblk.com
Licensed in DC, NC, and VA

VB VANDEVENTER BLACK LLP
Attorneys At Law

500 World Trade Center • Norfolk, Virginia 23510-1699 • Office 757.446.8600 • Fax 757.446.8670

November 23, 2004

Recorder
Armed Services Board of Contract Appeals
Skyline Six, Room 703
5109 Leesburg Pike
Falls Church, VA 22041-3208

U.S. MAIL:
CERTIFIED MAIL #7000 1670 0007 2369 7746
RETURN RECEIPT REQUESTED

Re: ASBCA No. ____________ (New Appeal)
Appeal of States Roofing Corporation
Under Contract No. N62470-97-C-8319

NOTICE OF APPEAL
Final Decision Dated September 30, 2004 (L04-018)

Dear Sir or Madam:

This firm represents States Roofing Corporation (SRC). SRC, by counsel, hereby appeals the decision of the Contracting Officer dated September 30, 2004, reference L04-018 ("the Supplemental Final Decision"), denying in its entirety the supplemental information furnished by SRC, through counsel, by letter dated August 25, 2004, in revision of SRC's previously submitted claim dated April 18, 2003 ("the RFFD").

This appeal is related to the appeal concurrently filed herewith of the Contracting Officer's final decision dated September 1, 2004, reference L04-015 ("the Final Decision"), which acknowledges in part and denies in part SRC's claims for money and time as set forth in the RFFD. The agency involved in this dispute is the Department of the Navy, Naval Facilities Engineering Command, Atlantic ("the Navy"). The contract is Contract No. N62470-97-C-8319, Building W-143 Roof Replacement, Wall Repair and Painting, Naval Station, Norfolk, Virginia ("the Contract").

In the RFFD, SRC sought $1,696,492.00 and 132 calendar days time extension. Following submission of the RFFD, the Navy issued unilateral modification P00008 dated 23 April 2003[1], definitizing P00001 ($23,445.00 decrease; 0 days), P00002 ($187,159.00 decrease; 0 days), P00003 ($213,949.00 increase; 0 days), P00004 ($54,524 increase; 0 days), and further increasing the Contract $129,391.00 and adding 45 calendar days; for a collective monetary adjustment of $187,260.00 and a collective time increase of 45 calendar days.

In the Final Decision, the Contracting Officer additionally found entitlement due SRC for subclaim item numbers 18, 20, 23, 48, 50, 53, 54, 55, 56, and 58 of the RFFD in the total sum of $53,375.00.[2]

[1] The Final Decision references P00007; however, this is a misnomer. P00007 was presented to SRC as a bilateral modification, but not accepted by SRC. The Contracting Officer subsequently issued unilateral P00008 instead, which had the same adjustments as P00007, and indeed appears to have included the same pages 2 – 5 of P00007, including the reference to that modification, perhaps explaining the misnomer.

[2] The Final Decision summarizes the amount awarded on Page 30 as $53,400, but this appears a mathematical error.

No additional days were awarded. All other portions of the RFFD, except those compensated under P00008, were denied in their entirety. Subsequent to the Final Decision, the Contracting Officer issued a second unilateral modification P00008 dated 22 October 2004 in the amount of $56,522.00 "for items as determined by Contracting Officer's Final Decision L04-015 dated 1 September 2004" ("P00008b"). P00008b included $3,134.00 in interest due as calculated by the Contracting Officer through 10/31/04.[3]

In any case, prior the Contracting Officer's issuance of the Final Decision, SRC submitted supplemental claim support for additional monies and credits due with respect to the RFFD claim items based upon information brought to SRC's attention in conjunction with an audit of the RFFD requested by the Navy by the Defense Contracting Auditing Agency. That supplemental claim support was furnished through counsel to the Contracting Officer on August 25, 2004 via correspondence of that same date.

Those supplements resulted in an aggregate increase of the claim amount by $73,968.26. By letter dated September 16, 2004, the Contract Officer advised nothing in the supplementation altered her analysis of the amounts due SRC. Thereafter, by letter dated September 30, 2004, the Contracting Officer issued the Supplemental Final Decision via letter denying SRC's "supplemental claim" and advising that the same was a "final decision".

The Final Decision is erroneous in fact and law to the extent denying SRC's claims, and SRC has separately appealed the same. SRC's supplemental information furnished was not a separate claim, but rather merely supplementation of the claim already made. Regardless, to the extent the same is deemed a supplemental claim and/or the Supplemental Final Decision otherwise deemed a proper final decision with respect thereto, the Supplemental Final Decision is also erroneous in fact and law, and hereby appealed by SRC as well.

SRC seeks recovery of the Contract balance still due and not included in issued modifications, at least $1,251,128.26, and including applicable time extensions due[4]. Summary of SRC's claims, the amounts previously awarded, the amounts awarded in the Final Decision, and the balance due is attached. SRC additionally seeks interest, legal fees, and costs. This appeal is timely filed by deposit into the United States mails within ninety days of SRC's receipt of the Supplemental Final Decision. Copy of this appeal is being furnished, with enclosures, to the Contracting Officer and Navy counsel as noted below. This appeal is filed by the undersigned on behalf of SRC, as authorized attorney and counsel for SRC.

Thank you for your assistance in filing this appeal. As noted, SRC has concurrently appealed the Final Decision via separate correspondence. Because of the interrelationship of the two, however, we suggest and request that the two appeals be consolidated. Should you have any questions or need anything further, please let me know.

---

[3] P00008b indicates an erroneous total contract price of $2,706,522.00, which appears a scribner's error. Including the monies awarded in P00008b, the total contract balance, not including the additional monies due SRC, should have been noted in P00008b as $2,893,782.00.

[4] By awarding 45 days, the Contract was extended through the Beneficial Occupancy Date (BOD), equating to an extended performance period of 81 calendar days. The Contracting Officer compensated SRC in part for the extended days, but not fully as included in the remaining claim amounts due and summarized above, herein, and herewith.

Respectfully submitted,
VANDEVENTER BLACK LLP

Neil S. Lowenstein
Attorney for States Roofing Corporation

Enclosure
cc: w/encl. to:

Patricia S. Kellihan, Contracting Officer
Department of the Navy
Naval Facilities Engineering Command Atlantic
6506 Hampton Boulevard
Norfolk, Virginia 23508-1278

Stephen R. O'Neil, Esquire
Navy Litigation Office
Office of the General Counsel
Department of the Navy
720 Kennon Street SE, Rm 233
Washington Navy Yard, DC 20374

Hugh DeLauney, President
States Roofing Corporation
1215 St. Julian Avenue
Norfolk, Virginia 23504

N:\DATA\CPC\States Roofing-02031\W143\board ltr (appeal2).doc

BUILDING W-143 ROOF REPLACEMENT PROJECT

| RFFD Ref. | Description | RFFD Amount | SRC Supplemental | SRC Claim Total | Claim Days | P00001 - P0006 | P00008 | Final Decision Award (P00008b) | Gov't Total | Awarded Days | Contract Balance Due | Contract Days Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| II.1 | Crane (Cranelift and Elevator) | $ 427,465.00 | | $ 427,465.00 | | $ 113,000.00 | $ 213,949.00 | $ - | $ 326,949.00 | | $ 100,516.00 | |
| II.2 | Parapet Walls (Credit for Painting; Installation of Dynaclad) | $ 147,875.00 | $ (6,551.74) | $ 141,323.26 | | | $ - | $ - | $ - | | $ 141,323.26 | |
| II.3 | Credit for Deleting Wood Blocking | $ (17,966.00) | | $ (17,966.00) | | | $ (33,105.00) | $ - | $ (33,105.00) | | $ 15,139.00 | |
| II.4 | Expansion Joint Installation Roof K | $ 4,255.00 | | $ 4,255.00 | | | $ 4,255.00 | $ - | $ 4,255.00 | | $ - | |
| II.5 | Modify 3214 lf of BUR for Concrete Cant | $ 3,813.00 | | $ 3,813.00 | | | $ 3,813.00 | $ - | $ 3,813.00 | | $ - | |
| II.6 | Hidden Concrete Slab Areas | $ 871.00 | | $ 871.00 | | | $ 871.00 | $ - | $ 871.00 | | $ - | |
| II.7 | Cover 10" Hole in Roof I | $ 335.00 | | $ 335.00 | | | $ 335.00 | $ - | $ 335.00 | | $ - | |
| II.8 | Cover 8" Hole in Deck | $ 329.00 | | $ 329.00 | | | $ 329.00 | $ - | $ 329.00 | | $ - | |
| II.9 | Repair Spalled Concrete | $ 99,664.00 | | $ 99,664.00 | | $ 92,000.00 | $ 6,361.00 | $ - | $ 98,361.00 | | $ 1,303.00 | |
| II.10 | Double Cylinder Locks and Related Door Changes | $ 1,728.00 | | $ 1,728.00 | | | $ 1,728.00 | $ - | $ 1,728.00 | | $ - | |
| II.11 | Raise Feeder Conduit | $ 1,403.00 | | $ 1,403.00 | | | $ 1,403.00 | $ - | $ 1,403.00 | | $ - | |
| II.12 | Elastomeric Coating | $ (8,230.00) | | $ (8,230.00) | | | $ (8,230.00) | $ - | $ (8,230.00) | | $ - | |
| II.13 | Remove Protrusions | $ 1,449.00 | | $ 1,449.00 | | | $ 1,449.00 | $ - | $ 1,449.00 | | $ - | |
| II.14 | Lost Time: Tractor-Trailers | $ 1,228.00 | | $ 1,228.00 | | | $ - | $ - | $ - | | $ 1,228.00 | |
| II.15 | Lost Time: Fire Drill | $ 1,005.00 | | $ 1,005.00 | | | $ - | $ - | $ - | | $ 1,005.00 | |
| II.16 | Removal of Hot Wires | $ 791.00 | | $ 791.00 | | | $ 791.00 | $ - | $ 791.00 | | $ - | |
| II.17 | Chipping Out Concrete | $ 441.00 | | $ 441.00 | | | $ 441.00 | $ - | $ 441.00 | | $ - | |
| II.18 | Remove Antenna Bracket | $ 834.00 | | $ 834.00 | | | | $ 224.00 | $ 224.00 | | $ 610.00 | |
| II.19 | Raise Height of Small A/C on Radio Room, Roof G | $ 2,613.00 | | $ 2,613.00 | | | $ 2,613.00 | $ - | $ 2,613.00 | | $ - | |
| II.20 | Replace Door with Plywood | $ 337.00 | | $ 337.00 | | | | $ 337.00 | $ 337.00 | | $ - | |
| II.21 | Crack in Door, Roof C | $ 1,452.00 | | $ 1,452.00 | | | $ - | $ - | $ - | | $ 1,452.00 | |
| II.22 | Removal of Additional Asphalt | $ 129,524.00 | | $ 129,524.00 | | $ 75,000.00 | $ 54,524.00 | $ - | $ 129,524.00 | | $ - | |
| II.23 | Cancellation of Roof Cells D and F | $ (239,144.00) | $ 18,467.00 | $ (220,677.00) | | | $ (361,813.00) | $ 49,523.00 | $ (312,290.00) | | $ 91,613.00 | |
| II.24 | Exterior Stairwell | $ 36,221.00 | | $ 36,221.00 | | | $ 36,221.00 | $ - | $ 36,221.00 | | $ - | |
| II.25 | Leak Clean Up | $ 758.00 | | $ 758.00 | | | $ - | $ - | $ - | | $ 758.00 | |
| II.26 | Parapet Protrusion Dynaclad | $ 489.00 | | $ 489.00 | | | $ 489.00 | $ - | $ 489.00 | | $ - | |
| II.27 | Pitch Pockets | $ 710.00 | | $ 710.00 | | | $ 710.00 | $ - | $ 710.00 | | $ - | |
| II.28 | Anchor Bolts for Signage | $ 2,445.00 | | $ 2,445.00 | | | $ 2,445.00 | $ - | $ 2,445.00 | | $ - | |
| II.29 | Roof K Dynaclad | $ 26,962.00 | | $ 26,962.00 | | | $ 26,962.00 | $ - | $ 26,962.00 | | $ - | |
| II.30 | Fabricate and Install HVAC Stands and Enclosures | $ 17,890.00 | | $ 17,890.00 | | | $ 17,890.00 | $ - | $ 17,890.00 | | $ - | |
| II.31 | Low Spots | $ 78,151.00 | | $ 78,151.00 | | | $ 78,151.00 | $ - | $ 78,151.00 | | $ - | |
| II.32 | Expansion Joint Repairs | $ 48,411.00 | | $ 48,411.00 | | | $ 48,411.00 | $ - | $ 48,411.00 | | $ - | |
| II.33 | Apply ASTEC | $ 26,470.00 | | $ 26,470.00 | | | $ 26,470.00 | $ - | $ 26,470.00 | | $ - | |
| II.34 | Shoring CASU | $ 1,382.00 | | $ 1,382.00 | | | $ 1,382.00 | $ - | $ 1,382.00 | | $ - | |
| II.35 | Cut Off Steel PH Ladders | $ 3,323.00 | | $ 3,323.00 | | | $ 3,323.00 | $ - | $ 3,323.00 | | $ - | |
| II.36 | Deteriorated Brick | $ 1,951.00 | | $ 1,951.00 | | | $ 1,951.00 | $ - | $ 1,951.00 | | $ - | |
| II.37 | Relocate Crane | $ 349.00 | | $ 349.00 | | | $ 349.00 | $ - | $ 349.00 | | $ - | |
| II.38 | Conex Boxes | $ 9,561.00 | | $ 9,561.00 | | | $ - | $ - | $ - | | $ 9,561.00 | |
| II.39 | Cracks in Concrete, Cell E | $ 30,685.00 | | $ 30,685.00 | | | $ - | $ - | $ - | | $ 30,685.00 | |
| II.40 | Night Shift for Demolition of Roof Cell E | $ 7,016.00 | | $ 7,016.00 | | | $ 7,016.00 | $ - | $ 7,016.00 | | $ - | |
| II.41 | Modify Insulation | $ 545.00 | | $ 545.00 | | | $ 545.00 | $ - | $ 545.00 | | $ - | |
| II.42 | Fabricate and Install Two New HVAC Enclosures | $ 1,378.00 | | $ 1,378.00 | | | $ 1,378.00 | $ - | $ 1,378.00 | | $ - | |
| II.43 | Nine Protrusions in Roof | $ 1,025.00 | | $ 1,025.00 | | | $ 1,033.00 | $ - | $ 1,033.00 | | $ (8.00) | |
| II.44 | Pitch Pockets for #26 | $ 1,257.00 | | $ 1,257.00 | | | $ 1,257.00 | $ - | $ 1,257.00 | | $ - | |
| II.45 | Fabricate and Install Flash Enclosure | $ 1,593.00 | | $ 1,593.00 | | | $ 1,594.00 | $ - | $ 1,594.00 | | $ (1.00) | |
| II.46 | Spalled Areas | $ 385.00 | | $ 385.00 | | | $ 385.00 | $ - | $ 385.00 | | $ - | |
| II.47 | Modify Overhead Doors | $ 2,504.00 | | $ 2,504.00 | | | $ 2,504.00 | $ - | $ 2,504.00 | | $ - | |

BUILDING W-143 ROOF REPLACEMENT PROJECT

| RFFD Ref. | Description | RFFD Amount | SRC Supplemental | SRC Claim Total | Claim Days | | P00001 - P0006 | P00008 | Final Decision Award (P00008b) | Gov't Total | Awarded Days | | Contract Balance Due | Contract Days Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| II.48 | Surplus Material and Equipment | $ 6,236.00 | | $ 6,236.00 | | | | | $ 822.00 | $ 822.00 | | | $ 5,414.00 | |
| II.49 | Flashing of Cable Pad | $ 851.00 | | $ 851.00 | | | | $ 851.00 | $ - | $ 851.00 | | | $ - | |
| II.50 | Defective Submittal Register | $ 12,552.00 | | $ 12,552.00 | 50 | | | $ - | $ 739.00 | $ 739.00 | | | $ 11,813.00 | 50 |
| II.51 | Safety Assurance | $ 53,253.00 | | $ 53,253.00 | | | | $ - | $ - | $ - | | | $ 53,253.00 | |
| II.52 | Acceleration | $ 34,514.00 | | $ 34,514.00 | | | | $ - | $ - | $ - | | | $ 34,514.00 | |
| II.53 | **General Conditions Time Extension** | $ 87,151.00 | | $ 87,151.00 | 82 | | | $ 32,007.00 | $ 356.00 | $ 32,363.00 | 45 | | $ 54,788.00 | 37 |
| II.54 | **Leak on Roof Deck** | $ 161.00 | | $ 161.00 | | | | $ - | $ 161.00 | $ 161.00 | | | $ - | |
| II.55 | **Leak Repairs (Roof Cell E)** | $ 1,764.00 | | $ 1,764.00 | | | | $ - | $ 583.00 | $ 583.00 | | | $ 1,181.00 | |
| II.56 | **Clean Up Effort on Bridge** | $ 270.00 | | $ 270.00 | | | | $ - | $ 270.00 | $ 270.00 | | | $ - | |
| II.57 | **Clean Up and Watertight Efforts Hidden Penetration, Cell J** | $ 1,694.00 | | $ 1,694.00 | | | | $ - | | $ - | | | $ 1,694.00 | |
| II.58 | Clean Up and Watertight Efforts, Cell E | $ 2,303.00 | | $ 2,303.00 | | | | $ - | $ 360.00 | $ 360.00 | | | $ 1,943.00 | |
| II.59 | Clean Up and Tile Replacement - Captain's Elevator | $ 804.00 | | $ 804.00 | | | | $ - | $ - | $ - | | | $ 804.00 | |
| II.60 | Lobby Skylight Replacement | $ 3,849.00 | | $ 3,849.00 | | | | $ - | $ - | $ - | | | $ 3,849.00 | |
| II.61 | SRC Equipment Lifts and Stand-By Crane Time | $ 100,290.00 | | $ 100,290.00 | | | | $ - | $ - | $ - | | | $ 100,290.00 | |
| II.62 | Pitch Pocket for Unit #9 | $ 1,125.00 | | $ 1,125.00 | | | | $ 1,125.00 | $ - | $ 1,125.00 | | | $ - | |
| II.63 | Remove and Install Conduit | $ 3,987.00 | | $ 3,987.00 | | | | $ 3,987.00 | $ - | $ 3,987.00 | | | $ - | |
| II.64 | Credit for G-90 and G-60 Doors | $ (2,826.00) | | $ (2,826.00) | | | | $ (2,826.00) | $ - | $ (2,826.00) | | | $ - | |
| II.63 | CNO Visit | $ 633.00 | | $ 633.00 | | | | $ 633.00 | $ - | $ 633.00 | | | $ - | |
| II.64 | Proposal Preparation Costs | $ 44,848.00 | | $ 44,848.00 | | | | $ - | $ - | $ - | | | $ 44,848.00 | |
| II.65 | Disruption | $ 479,500.00 | | $ 479,500.00 | | | | $ - | $ - | $ - | | | $ 479,500.00 | |
| S. 1 & 61 | Crane and Equipment Lifts (combined supplemental increase) | | $ 62,053.00 | $ 62,053.00 | | | | | | $ - | | | $ 62,053.00 | |
| | P0008 b. Repair spalled concrete between cells J&I; SRC 27 | | | | | | | $ 508.00 | | | | | | |
| | P0008 d. Repair spalled concrete at penthouse 7; SRC 47 | | | | | | | $ 795.00 | | | | | | |
| | TOTALS | $ 1,696,492.00 | $ 73,968.26 | $ 1,770,460.26 | 132 | | $ 280,000.00 | $ 187,260.00 | $ 53,375.00 | $ 519,332.00 | 45 | | $ 1,251,128.26 | 87 |

052

ARMED SERVICES BOARD OF CONTRACT APPEALS
SKYLINE 6
5109 LEESBURG PIKE
FALLS CHURCH, VA 22041-3208
Telephone: (703) 681-8502

29 November 2004

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| States Roofing Corporation | ) | ASBCA No. 54854 |
| | ) | |
| Under Contract No. N62470-97-C-8319 | ) | |

NOTICE OF DOCKETING

Neil S. Lowenstein, Esq.
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510-1699

Your appeal has been assigned ASBCA docket number 54854. Please refer to the docket number in all future correspondence. Send a copy of all correspondence directed to the Board, including enclosures, to government counsel at the address below (noting on the Board's copy that you have done so), unless the Board orders otherwise. A standard format for correspondence and pleadings is contained in the Board's Rules.

Enclosed are the Board's Rules, a Notice Regarding Alternative Methods of Dispute Resolution (ADR), and procedures relating to the Equal Access to Justice Act (EAJA), 5 U.S.C. § 504. Board Rule 6 requires you to file your complaint within 30 days of your receipt of this docketing notice.

You are urged to consider ADR procedures for disposition of your appeal. The enclosed notice describes some of the ADR methods which parties have used successfully in the past. Sample ADR agreements are available upon request.

Should you prevail on your appeal and be otherwise entitled, you may file an application for EAJA fees and expenses. Your application must be filed within 30 days of a final disposition of the appeal.

Until another attorney enters an appearance, the Government is represented by the Navy Chief Trial Attorney, Navy Litigation Office, Office of the General Counsel, Washington Navy Yard, 720 Kennon Street, SE, Room 233, Washington, DC 20374-5013, (202) 685-6966.

Catherine A. Stanton
CATHERINE A. STANTON
Recorder

Enclosures



Printed on Recycled Paper

54867

VANDEVENTER BLACK LLP

# FACSIMILE TRANSMITTAL

| | | |
|---|---|---|
| TO: Recorder, ASBCA | Phone: | Fax: 703.681.8535 |
| TO: | Phone: | Fax: |
| TO: | Phone: | Fax: |
| From: Neil S. Lowenstein | Phone: 757.446. 8672 | Fax: 757.446.8670 |

Date: December 3, 2004

Our File # 02031-0018 # Pages (including cover) 9

RE: Appeal of States Roofing Corporation Under Contract No. N62470-97-C-8319

Message:

PLEASE SEE ATTACHED

Hard copy will follow via U.S. Mail? [X ]Yes [ ]No

If any problems, call (757) 446-8600 and ask for Maureen Kimmitt

This transmittal is intended only for the individual to whom it is addressed and may contain privileged/confidential information that is exempt from disclosure under applicable law. **If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited.** If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

054

500 World Trade Center • Norfolk, VA 23510-1699 • 757.446.8600 • Fax 757.446.8670 • www.vanblk.com

8

Neil S. Lowenstein
757.446.8672 - direct
757.446.8670 - fax
nlowenstein@vanblk.com
Licensed in DC, NC, and VA

VANDEVENTER BLACK LLP
Attorneys At Law

500 World Trade Center • Norfolk, Virginia 23510-1699 • Office 757.446.8600 • Fax 757.446.8670

December 3, 2004

<u>VIA FACSIMILE (703.681.8535)</u>
<u>AND ORIGINAL MAILED</u>

Recorder
Armed Services Board of Contract Appeals
Skyline Six, Room 703
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: ASBCA No. ____________ (New Appeal)
Appeal of States Roofing Corporation
Under Contract No. N62470-97-C-8319

<u>NOTICE OF APPEAL</u>
Final Decision Dated September 1, 2004 (L04-015)

Dear Sir or Madam:

As discussed this morning with your office, we are faxing herewith this letter and its enclosure, which is the Notice of Appeal of States Roofing Corporation (SRC) with respect to the referenced contract and final decision. As discussed, the Notice of Appeal was originally mailed and postmarked on November 24, 2004, but refused for postage as noted on the also enclosed. The Notice of Appeal was timely when originally postmarked, but regardless similarly timely as provided herewith as well. Please advise should you have any questions or need anything further. We apologize for the postage error with the original notice and any confusion potentially caused.

Respectfully submitted,
VANDEVENTER BLACK LLP

Neil S. Lowenstein
Attorney for States Roofing Corporation

Enclosures
cc: w/encls. to:
Patricia S. Kellihan, Contracting Officer
Department of the Navy
Naval Facilities Engineering Command Atlantic
6506 Hampton Boulevard
Norfolk, Virginia 23508-1278

Stephen R. O'Neil, Esquire
Navy Litigation Office
Office of the General Counsel

055

Department of the Navy
720 Kennon Street SE, Rm 233
Washington Navy Yard, DC 20374

Hugh DeLauney, President
States Roofing Corporation
1215 St. Julian Avenue
Norfolk, Virginia 23504

N:\Data\Cpc\States Roofing-0203 \\W143\Notc ltr (appeal fax).doc

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Reorder, Armed Services Board of Contract Appeals
Skyline Six, Room 703
5109 Leesburg Pike
Falls Church, VA 22041-3208

**COMPLETE THIS SECTION ON DELIVERY**

A. [illegible] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7000 1670 0007 2369 7753

PS Form 3811, August 2001 Domestic Return Receipt

**CERTIFIED MAIL**

VANDEVENTER BLACK LLP
Attorneys At Law
500 World Trade Center • Norfolk, Virginia 23510-1699

7000 1670 0007 2369 7753

NORFOLK VA NOV 24 '04

U.S. POSTAGE 00.60
H METER 572393

Reorder
Armed Services Board of Contract Appeals
[redacted]

Refuses Postage Due $4.05

057

Norfolk • London • Kitty Hawk • Raleigh • Since 1883

DEC-03-2004 11:13 757 446 8670 97% P.04

Neil S. Lowenstein
757.446.8672 - direct
757.446.8670 - fax
nlowenstein@vanblk.com
Licensed in DC, NC, and VA

VB VANDEVENTER BLACK LLP
Attorneys At Law

500 World Trade Center • Norfolk, Virginia 23510-1699 • Office 757.446.8600 • Fax 757.446.8670

November 23, 2004

Recorder
Armed Services Board of Contract Appeals
Skyline Six, Room 703
5109 Leesburg Pike
Falls Church, VA 22041-3208

U.S. MAIL:
CERTIFIED MAIL #7000 1670 0007 2369 7753
RETURN RECEIPT REQUESTED

Re: ASBCA No. ____________ (New Appeal)
Appeal of States Roofing Corporation
Under Contract No. N62470-97-C-8319

NOTICE OF APPEAL
Final Decision Dated September 1, 2004 (L04-015)

Dear Sir or Madam:

This firm represents States Roofing Corporation (SRC). SRC, by counsel, hereby appeals the decision of the Contracting Officer dated September 1, 2004, reference L04-015 ("the Final Decision"), which acknowledges in part and denies in part SRC's claims for money and time as set forth in SRC's Request for Final Contracting Officer's Decision dated April 18, 2003 ("the RFFD"). The agency involved in this dispute is the Department of the Navy, Naval Facilities Engineering Command, Atlantic ("the Navy"). The contract is Contract No. N62470-97-C-8319, Building W-143 Roof Replacement, Wall Repair and Painting, Naval Station, Norfolk, Virginia ("the Contract").

In the RFFD, SRC sought $1,696,492.00 and 132 calendar days time extension. Following submission of the RFFD, the Navy issued unilateral modification P00008 dated 23 April 2003[1], definitizing P00001 ($23,445.00 decrease; 0 days), P00002 ($187,159.00 decrease; 0 days), P00003 ($213,949.00 increase; 0 days), P00004 ($54,524 increase; 0 days), and further increasing the Contract $129,391.00 and adding 45 calendar days; for a collective monetary adjustment of $187,260.00 and a collective time increase of 45 calendar days.

In the Final Decision, the Contracting Officer additionally found entitlement due SRC for subclaim item numbers 18, 20, 23, 48, 50, 53, 54, 55, 56, and 58 of the RFFD in the total sum of $53,375.00.[2] No additional days were awarded. All other portions of the RFFD, except those compensated under P00008, were denied in their entirety. Subsequent to the Final Decision, the Contracting Officer issued a second unilateral modification P00008 dated 22 October 2004 in the amount of $56,522.00 "for items as determined by Contracting Officer's Final Decision L04-015 dated 1 September 2004"

[1] The Final Decision references P00007; however, this is a misnomer. P00007 was presented to SRC as a bilateral modification, but not accepted by SRC. The Contracting Officer subsequently issued unilateral P00008 instead, which had the same adjustments as P00007, and indeed appears to have included the same pages 2 – 5 of P00007, including the reference to that modification, perhaps explaining the misnomer.

[2] The Final Decision summarizes the amount awarded on Page 30 as $53,400, but this appears a mathematical error.

("P00008b"). P00008b included $3,134.00 in interest due as calculated by the Contracting Officer through 10/31/04.[3]

In any case, prior the Contracting Officer's issuance of the Final Decision, SRC submitted supplemental claim support for additional monies and credits due with respect to the RFFD claim items based upon information brought to SRC's attention in conjunction with an audit of the RFFD requested by the Navy by the Defense Contracting Auditing Agency. That supplemental claim support was furnished through counsel to the Contracting Officer on August 25, 2004 via correspondence of that same date.

Those supplements resulted in an aggregate increase of the claim amount by $73,968.26. By letter dated September 16, 2004, the Contract Officer advised nothing in the supplementation altered her analysis of the amounts due SRC. Thereafter, by letter dated September 30, 2004, the Contracting Officer issued a letter denying SRC's "supplemental claim" and advising that the same was a "final decision" ("the Supplemental Final Decision").

The Final Decision is erroneous in fact and law to the extent denying SRC's claims, and SRC appeals the same. SRC's supplemental information furnished was not a separate claim, but rather merely supplementation of the claim already made. Regardless, to the extent the same is deemed a supplemental claim and/or the Supplemental Final Decision otherwise deemed a proper final decision with respect thereto, the Supplemental Final Decision is erroneous in fact and law as well, and too is being appealed by SRC via separate correspondence.

SRC seeks recovery of the Contract balance still due and not included in issued modifications, at least $1,251,128.26, and including applicable time extensions due[4]. Summary of SRC's claims, the amounts previously awarded, the amounts awarded in the Final Decision, and the balance due is attached. SRC additionally seeks interest, legal fees, and costs. This appeal is timely filed by deposit into the United States mails within ninety days of SRC's receipt of the Final Decision. Copy of this appeal is being furnished, with enclosures, to the Contracting Officer and Navy counsel as noted below. This appeal is filed by the undersigned on behalf of SRC, as authorized attorney and counsel for SRC.

Thank you for your assistance in filing this appeal. Because of the Contracting Officer's action in issuing a "final decision" with respect to the supplemental claim information, SRC is as noted above concurrently appealing the same via separate correspondence. Because of the interrelationship of the two, however, we suggest and request that the two appeals be consolidated. Should you have any questions or need anything further, please let me know.

---

[3] P00008b indicates an erroneous total contract price of $2,706,522.00, which appears a scribner's error. Including the monies awarded in P00008b, the total contract balance, not including the additional monies due SRC, should have been noted in P00008b as $2,893,782.00.

[4] By awarding 45 days, the Contract was extended through the Beneficial Occupancy Date (BOD), equating to an extended performance period of 81 calendar days. The Contracting Officer compensated SRC in part for the extended days, but not fully as included in the remaining claim amounts due and summarized above, herein, and herewith.

Respectfully submitted,
VANDEVENTER BLACK LLP

Neil S. Lowenstein
Attorney for States Roofing Corporation

Enclosure
cc: w/encl. to:

Patricia S. Kellihan, Contracting Officer
Department of the Navy
Naval Facilities Engineering Command Atlantic
6506 Hampton Boulevard
Norfolk, Virginia 23508-1278

Stephen R. O'Neil, Esquire
Navy Litigation Office
Office of the General Counsel
Department of the Navy
720 Kennon Street SE, Rm 233
Washington Navy Yard, DC 20374

Hugh DeLauney, President
States Roofing Corporation
1215 St. Julian Avenue
Norfolk, Virginia 23504

N:\Data\Cpc\States Roofing-0303 I\W145\board ltr (appeal).doc

BUILDING W-143 ROOF REPLACEMENT PROJECT

| RFFD Ref. | Description | RFFD Amount | SRC Supplemental | SRC Claim Total | Claim Days | P00001 - P00006 | P00003 | Final Decision Award (P00008b) | Gov't Total | Awarded Days | Contract Balance Due | Contract Days Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| II.1 | Crane (Cranelift and Elevator) | $ 427,485.00 | | $ 427,485.00 | | $ 113,000.00 | $ 213,949.00 | $ - | $ 326,949.00 | | $ 100,516.03 | |
| II.2 | Parapet Walls (Credit for Painting; Installation of Dynaclad) | $ 147,875.00 | $ (6,551.74) | $ 141,323.26 | | | $ - | $ - | $ - | | $ 141,323.26 | |
| II.3 | Credit for Deleting Wood Blocking | $ (17,956.00) | | $ (17,956.00) | | | $ (33,105.00) | $ - | $ (33,105.00) | | $ 15,159.00 | |
| II.4 | Expansion Joint Installation Roof K | $ 4,256.00 | | $ 4,256.00 | | | $ 4,255.00 | $ - | $ 4,255.00 | | $ - | |
| II.5 | Modify 3214 lf of BUR for Concrete Cant | $ 3,813.00 | | $ 3,813.00 | | | $ 3,813.00 | $ - | $ 3,813.00 | | $ - | |
| II.6 | Hidden Concrete Slab Areas | $ 871.00 | | $ 871.00 | | | $ 871.00 | $ - | $ 871.00 | | $ - | |
| II.7 | Cover 10" Hole in Roof I | $ 335.00 | | $ 335.00 | | | $ 335.00 | $ - | $ 335.00 | | $ - | |
| II.8 | Cover 8" Hole in Deck | $ 329.00 | | $ 329.00 | | | $ 329.00 | $ - | $ 329.00 | | $ - | |
| II.9 | Repair Spalled Concrete | $ 99,664.00 | | $ 99,664.00 | | $ 92,000.00 | $ 6,361.00 | $ - | $ 98,361.00 | | $ 1,303.00 | |
| II.10 | Double Cylinder Locks and Related Door Changes | $ 1,728.00 | | $ 1,728.00 | | | $ 1,728.00 | $ - | $ 1,728.00 | | $ - | |
| II.11 | Raise Feeder Conduit | $ 1,403.00 | | $ 1,403.00 | | | $ 1,403.00 | $ - | $ 1,403.00 | | $ - | |
| II.12 | Elastomeric Coating | $ (8,230.00) | | $ (8,230.00) | | | $ (8,230.00) | $ - | $ (8,230.00) | | $ - | |
| II.13 | Remove Protrusions | $ 1,449.00 | | $ 1,449.00 | | | $ 1,449.00 | $ - | $ 1,449.00 | | $ - | |
| II.14 | Lost Time: Tractor-Trailers | $ 1,228.00 | | $ 1,228.00 | | | $ - | $ - | $ - | | $ 1,228.00 | |
| II.15 | Lost Time: Fire Drill | $ 1,005.00 | | $ 1,005.00 | | | $ - | $ - | $ - | | $ 1,005.00 | |
| II.16 | Removal of Hot Wires | $ 791.00 | | $ 791.00 | | | $ 791.00 | $ - | $ 791.00 | | $ - | |
| 17 | Chipping Out Concrete | $ 441.00 | | $ 441.00 | | | $ 441.00 | $ - | $ 441.00 | | $ - | |
| 18 | Remove Antenna Bracket | $ 834.00 | | $ 834.00 | | | | $ 224.00 | $ 224.00 | | $ 610.00 | |
| II.19 | Raise Height of Small A/C on Radio Room, Roof G | $ 2,613.00 | | $ 2,613.00 | | | $ 2,613.00 | $ - | $ 2,613.00 | | $ - | |
| II.20 | Replace Door with Plywood | $ 337.00 | | $ 337.00 | | | | $ 337.00 | $ 337.00 | | $ - | |
| II.21 | Crack in Door, Roof C | $ 1,452.00 | | $ 1,452.00 | | | $ - | $ - | $ - | | $ 1,452.00 | |
| II.22 | Removal of Additional Asphalt | $ 129,524.00 | | $ 129,524.00 | | $ 75,000.00 | $ 54,524.00 | $ - | $ 129,524.00 | | $ - | |
| II.23 | Cancellation of Roof Cells D and F | $ (239,144.00) | $ 18,467.00 | $ (220,677.00) | | | $ (361,813.00) | $ 49,523.00 | $ (312,290.00) | | $ 91,613.00 | |
| II.24 | Exterior Stairwell | $ 36,221.00 | | $ 36,221.00 | | | $ 36,221.00 | $ - | $ 36,221.00 | | $ - | |
| II.25 | Leak Clean Up | $ 758.00 | | $ 758.00 | | | $ - | $ - | $ - | | $ 758.00 | |
| II.26 | Parapet Protrusion Dynaclad | $ 489.00 | | $ 489.00 | | | $ 489.00 | $ - | $ 489.00 | | $ - | |
| II.27 | Pitch Pockets | $ 710.00 | | $ 710.00 | | | $ 710.00 | $ - | $ 710.00 | | $ - | |
| II.28 | Anchor Bolts for Signage | $ 2,445.00 | | $ 2,445.00 | | | $ 2,445.00 | $ - | $ 2,445.00 | | $ - | |
| II.29 | Roof K Dynaclad | $ 26,962.00 | | $ 26,962.00 | | | $ 26,962.00 | $ - | $ 26,962.00 | | $ - | |
| II.30 | Fabricate and Install HVAC Stands and Enclosures | $ 17,890.00 | | $ 17,890.00 | | | $ 17,890.00 | $ - | $ 17,890.00 | | $ - | |
| II.31 | Low Spots | $ 78,151.00 | | $ 78,151.00 | | | $ 78,151.00 | $ - | $ 78,151.00 | | $ - | |
| II.32 | Expansion Joint Repairs | $ 48,411.00 | | $ 48,411.00 | | | $ 48,411.00 | $ - | $ 48,411.00 | | $ - | |
| II.33 | Apply ASTEC | $ 26,470.00 | | $ 26,470.00 | | | $ 26,470.00 | $ - | $ 26,470.00 | | $ - | |
| II.34 | Shoring CASU | $ 1,382.00 | | $ 1,382.00 | | | $ 1,382.00 | $ - | $ 1,382.00 | | $ - | |
| II.35 | Cut Off Steel PH Ladders | $ 3,323.00 | | $ 3,323.00 | | | $ 3,323.00 | $ - | $ 3,323.00 | | $ - | |
| II.36 | Deteriorated Brick | $ 1,951.00 | | $ 1,951.00 | | | $ 1,951.00 | $ - | $ 1,951.00 | | $ - | |
| II.37 | Relocate Crane | $ 349.00 | | $ 349.00 | | | $ 349.00 | $ - | $ 349.00 | | $ - | |
| II.38 | Conex Boxes | $ 9,581.00 | | $ 9,581.00 | | | $ - | $ - | $ - | | $ 9,581.00 | |
| II.39 | Cracks in Concrete, Cell E | $ 30,685.00 | | $ 30,685.00 | | | $ - | $ - | $ - | | $ 30,685.00 | |
| II.40 | Night Shift for Demolition of Roof Cell E | $ 7,010.00 | | $ 7,016.00 | | | $ 7,016.00 | $ - | $ 7,016.00 | | $ - | |
| II.41 | Modify Insulation | $ 546.00 | | $ 545.00 | | | $ 545.00 | $ - | $ 545.00 | | $ - | |
| II.42 | Fabricate and Install Two New HVAC Enclosures | $ 1,378.00 | | $ 1,378.00 | | | $ 1,378.00 | $ - | $ 1,378.00 | | $ - | |
| II.43 | Nine Protrusions in Roof | $ 1,025.00 | | $ 1,025.00 | | | $ 1,033.00 | $ - | $ 1,033.00 | | $ (8.00) | |
| [illegible] | Pitch Pockets for #26 | $ 1,257.00 | | $ 1,257.00 | | | $ 1,257.00 | $ - | $ 1,257.00 | | $ - | |
| [illegible]5 | Fabricate and Install Flash Enclosure | $ 1,593.00 | | $ 1,593.00 | | | $ 1,594.00 | $ - | $ 1,594.00 | | $ (1.00) | |
| II.48 | Spalled Areas | $ 385.00 | | $ 385.00 | | | $ 385.00 | $ - | $ 385.00 | | $ - | |
| II.47 | Modify Overhead Doors | $ 2,504.00 | | $ 2,504.00 | | | $ 2,504.00 | $ - | $ 2,504.00 | | | |

06

BUILDING W-143 ROOF REPLACEMENT PROJECT

| RFPD Ref. | Description | RFPD Amount | SRC Supplemental | SRC Claim Total | Claim Days | P00001 - P0006 | P00008 | Final Decision Award (P00008b) | Gov't Total | Awarded Days | Contract Balance Due | Contract Days Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| II.48 | Surplus Material and Equipment | $ 6,236.00 | | $ 6,236.00 | | | | $ 822.00 | $ 822.00 | | $ 5,414.00 | |
| II.49 | Flashing of Cable Pad | $ 851.00 | | $ 851.00 | | | $ 851.00 | $ - | $ 851.00 | | $ - | |
| II.50 | Defective Submittal Register | $ 12,652.00 | | $ 12,652.00 | 50 | | $ - | $ 739.00 | $ 739.00 | | $ 11,813.00 | 50 |
| II.51 | Safety Assurance | $ 53,253.00 | | $ 53,253.00 | | | $ - | $ - | $ - | | $ 53,253.00 | |
| II.62 | Acceleration | $ 34,514.00 | | $ 34,514.00 | | | $ - | $ - | $ - | | $ 34,514.00 | |
| II.53 | General Conditions Time Extension | $ 87,161.00 | | $ 87,161.00 | 82 | | $ 32,007.00 | $ 356.00 | $ 32,363.00 | 45 | $ 54,798.00 | 37 |
| II.64 | Leak on Roof Deck | $ 161.00 | | $ 161.00 | | | $ - | $ 161.00 | $ 161.00 | | $ - | |
| II.65 | Leak Repairs (Roof Cell E) | $ 1,764.00 | | $ 1,764.00 | | | $ - | $ 583.00 | $ 683.00 | | $ 1,181.00 | |
| II.66 | Clean Up Effort on Bridge | $ 270.00 | | $ 270.00 | | | $ - | $ 270.00 | $ 270.00 | | $ - | |
| II.67 | Clean Up and Watertight Efforts Hidden Penetration, Cell J | $ 1,694.00 | | $ 1,694.00 | | | $ - | | $ - | | $ 1,694.00 | |
| II.68 | Clean Up and Watertight Efforts, Cell E | $ 2,303.00 | | $ 2,303.00 | | | $ - | $ 360.00 | $ 360.00 | | $ 1,943.00 | |
| II.69 | Clean Up and Tile Replacement - Captain's Elevator | $ 804.00 | | $ 804.00 | | | $ - | $ - | $ - | | $ 804.00 | |
| II.60 | Lobby Skylight Replacement | $ 3,849.00 | | $ 3,849.00 | | | $ - | $ - | $ - | | $ 3,849.00 | |
| II.61 | SRC Equipment Lifts and Stand-By Crane Time | $ 100,290.00 | | $ 100,290.00 | | | $ - | $ - | $ - | | $ 100,290.00 | |
| II.62 | Pitch Pocket for Unit #9 | $ 1,126.00 | | $ 1,126.00 | | | $ 1,125.00 | $ - | $ 1,125.00 | | $ - | |
| II.63 | Remove and Install Conduit | $ 3,987.00 | | $ 3,987.00 | | | $ 3,087.00 | $ - | $ 3,087.00 | | $ - | |
| ?4 | Credit for G-90 and G-60 Doors | $ (2,626.00) | | $ (2,626.00) | | | $ (2,626.00) | $ - | $ (2,826.00) | | $ - | |
| ?63 | OWO Visit | $ 633.00 | | $ 633.00 | | | $ 633.00 | $ - | $ 633.00 | | $ - | |
| II.64 | Proposal Preparation Costs | $ 44,848.00 | | $ 44,848.00 | | | $ - | $ - | $ - | | $ 44,849.00 | |
| II.65 | Disruption | $ 479,500.00 | | $ 478,500.00 | | | $ - | $ - | $ - | | $ 479,500.00 | |
| S. 1 & 61 | Crane and Equipment Lifts (combined supplemental increase) | | $ 62,053.00 | $ 62,053.00 | | | | | $ - | | $ 62,053.00 | |
| | P0008 b, Repair spalled concrete between cells J&I; SRC 27 | | | | | | $ 503.00 | | | | | |
| | P0008 d; Repair spalled concrete at penthouse 7; SRC 47 | | | | | | $ 795.00 | | | | | |
| | TOTALS | $ 1,698,492.00 | $ 73,068.25 | $ 1,770,460.26 | 132 | $ 280,000.00 | $ 187,260.00 | $ 53,375.00 | $ 519,332.00 | 45 | $ 1,251,120.28 | 87 |

062