No. 05-960C
(Judge Bush)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STATES ROOFING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# DEFENDANT'S APPENDIX VOLUME FIVE
(APPENDIX TO REPLY BRIEF)

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

OF COUNSEL:

DAVID KOMAN
Department of the Navy

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

February 7, 2006

Attorneys for Defendant

# INDEX TO APPENDIX

Page(s)

## APPENDIX VOLUME FIVE

January 18, 2006 ASBCA Order . . . . . . . . . . . . . . . . . . 1

ARMED SERVICES BOARD OF CONTRACT APPEALS
SKYLINE 6
5109 LEESBURG PIKE
FALLS CHURCH VA 22041-3208
Telephone: (703) 681-8502
18 January 2006

Neil S. Lowenstein, Esq.
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510-1699

David L. Koman, Esq.
Senior Trial Attorney
Navy Litigation Office
Office of the General Counsel
Washington Navy Yard, 720 Kennon Street SE, Rm 233
Washington, DC 20374-5013

Re: ASBCA Nos. 54854, 54860
Appeals of States Roofing Corporation
Under Contract Nos. N62470-97-C-8319

ORDER

In a telephone conference held 18 January 2006, the parties requested and the Board agreed to hear both quantum and entitlement on the claim items in which both are at issue together with quantum on the claim items in which only quantum is at issue as both categories are identified in the parties' 16 November 2005 letter. Item II. A. of the Board's Pre-Hearing Order dated 4 November 2005 is amended to reflect this agreement.

The government's Response to appellant's Statement of Costs is now due Friday, 3 February 2006. After the government's Response has been filed, the parties will confer and advise the Board whether additional time will be required for the hearing now scheduled for five days, beginning Monday, 24 April 2006.

Carol N Park-Conroy

CAROL N. PARK-CONROY
Administrative Judge

Printed on Recycled Paper